IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN MICHAEL FISK,

        Petitioner,               No. CIV S-09-2203 KJM P

    vs.

STATE OF CALIFORNIA,

        Respondent.         ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, petitioner has not signed his petition as is required under Rule 11 of the Federal Rules of Civil Procedure. Good cause appearing, IT IS HEREBY ORDERED that petitioner file a signed copy of his petition for writ of habeas corpus within twenty days. Failure to comply with this order will result in dismissal of this case.

DATED: November 23, 2009.

_____
U.S. MAGISTRATE JUDGE

1/mp
fisk2203.100fee+110