1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KEVIN MICHAEL FISK,

11            Petitioner,                    No. CIV S-09-2203 KJM P

12        vs.

13   STATE OF CALIFORNIA,

14            Respondent.                    ORDER

15   _____/

16            Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18            Since petitioner may be entitled to the requested relief if the claimed violation of

19   constitutional rights is proved, respondent will be directed to file a response to petitioner's

20   application.

21            Petitioner has also filed a request for the appointment of counsel.  There currently

22   exists no absolute right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner,

23   105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of

24   counsel at any stage of the case "if the interests of justice so require."  See Rule 8(c), Fed. R.

25   Governing § 2254 Cases.  In the present case, the court does not find that the interests of justice

26   would be served by the appointment of counsel at the present time.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Respondent is directed to file a response to petitioner's application within

3  sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

4  shall be accompanied by any and all transcripts or other documents relevant to the determination

5  of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases;

6    2. Petitioner's reply, if any, shall be filed and served within thirty days of service

7  of an answer;

8    3. If the response to petitioner's application is a motion, petitioner's opposition

9  or statement of non-opposition shall be filed and served within thirty days of service of the

10  motion, and respondent's reply, if any, shall be filed within fourteen days thereafter; and

11    4. The Clerk of the Court shall serve a copy of this order together with a copy of

12  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#8) and the

13  consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court on

14  Michael Patrick Farrell, Senior Assistant Attorney General.

15    5. Petitioner's motion for the appointment of counsel (docket no. 2) is denied.

16  DATED: February 9, 2010.

17

18  _____
   U.S. MAGISTRATE JUDGE

19  1
   fisk2203.100(12.10.09)

20

21

22

23

24

25

26

2